# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | No. ACM S32674 |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Eric W. MOORE** | ) | |
| **Airman (E-2)** | ) | |
| **U.S. Air Force** | ) | |
| *Appellant* | ) | **Panel 3** |

On 20 December 2021, Appellant submitted a Motion to Withdraw from Appellate Review and a motion to attach. Later, on 20 December 2021, Appellant requested to withdraw the earlier filed motions and file corrected versions. The motion to attach pertains to a DD Form 2330, *Waiver/Withdrawal of Appellate Rights in General and Special Courts-Martial Subject to Review by a Court of Criminal Appeals*, signed by Appellant and Appellant's counsel on 20 December 2021. The Government did not oppose any of Appellant's motions.

Accordingly, it is by the court on this 27th day of December, 2021,

**ORDERED:**

Appellant's motion to withdraw the previously filed motions is **GRANTED**. Appellant's corrected Motion to Withdraw from Appellate Review and Motion to Attach are **GRANTED**. Appellant's case is forwarded to the Appellate Records Branch, JAJM, for further processing in accordance with Rules for Courts-Martial 1115(f)(3) and 1201, *Manual for Courts-Martial, United States* (2019 ed.).

FOR THE COURT

TANICA S. BAGMON
Appellate Court Paralegal